■ In the Matter of OMAR W., a Person Alleged to be a Juvenile Delinquent, Appellant. [869 NYS2d 339]

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility. The credible evidence disproved defendant's justification defense beyond a reasonable doubt. Concur—Tom, J.P., Friedman, Gonzalez, McGuire and Acosta, JJ.